IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COY PHELPS, | ) | No. C 11-3211 LHK (PR) |
| Petitioner, | ) | JUDGMENT |
| vs. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

An order of judgment is hereby entered DISMISSING this action.

IT IS SO ORDERED.

DATED: __8/30/11__

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
P:\PRO-SE\SJ.LHK\HC.11\Phelps211jud.wpd