IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COY PHELPS, | ) | No. C 11-3211 LHK (PR) |
| Petitioner, | ) ) | ORDER DENYING MOTION TO TAKE JUDICIAL NOTICE OF DOCUMENTS |
| vs. | ) ) | |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) ) | (Docket No. 6) |

On June 28, 2011, Petitioner, a federal insanity acquitee filed a *pro se* petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has filed a motion requesting that this Court take judicial notice of documents he submitted along with the motion. On August 30, 2011, this Court dismissed the habeas petition. Petitioner appealed to the United States Court of Appeals, Case No. 06-80095. On September 20, 2011, the Court of Appeals denied the appeal, dismissed the case and ordered that no motions for reconsideration, rehearing, clarification, stay of the mandate, or any other submissions regarding the order be filed or entertained. Accordingly, Petitioner's instant motion is DENIED.

This order terminates docket number 6.

IT IS SO ORDERED.

DATED: 4/27/12

LUCY H. KOH
United States District Judge

Order Denying Motion to Take Judicial Notice
G:\PRO-SE\SJ.LHK\HC.11\Phelps211misc.wpd